IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICKERMAN, | No. C 06-02555 SI |
| Plaintiff, | **ORDER REGARDING SUPPLEMENTAL BRIEFING** |
| v. | |
| REMCO HYDRAULICS, INC., et al., | |
| Defendants. / | |

On June 30, 2006, the Court heard argument on plaintiff's motion to remand. At the hearing, defendants requested from the Court the opportunity to prove the nonexistence of Remco insurance. The Court hereby GRANTS this request. The parties shall submit supplemental filings regarding the existence or nonexistence of any Remco insurance policies by **July 20, 2006.**

**IT IS SO ORDERED.**

Dated: July 6, 2006

SUSAN ILLSTON
United States District Judge