1  LATHAM & WATKINS LLP
       Ernest J. Getto (Bar No. 55662)
2      Richard W. Raushenbush (Bar No. 134983)
       Dana N. Linker (Bar No. 184498)
3      Holly J. Tate (Bar No. 237561)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095

6  Attorneys for Defendants
   Pneumo Abex LLC (successor to Pneumo Abex
7  Corporation) and Whitman Corporation (now known
   as PepsiAmericas, Inc.)

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  CHARLES NICKERMAN, MICHAEL          CASE NO.  C-06-2555 SI
    WELLS, ESTER WELLS, DEREK M.
12  WELLS, BRYAN D. WELLS, CAROLYNE     **[PROPOSED] CASE MANAGEMENT ORDER
    D. CROWELL, PAULINA VERDOT,         NO. 1**
13  JASON VERDOT-CROWELL, PAULA
    MAGANA-VERDOT, KASIE CAROLINE       (Honorable Susan Illston)
14  VERDOT-CROWELL, LORRAINE F.
    MONTANO, JOAN PALLANGO, CRAIG
15  CARBREY, LAURIE JAHODA, MARK
    HAGGARD, ELJENIA HAGGARD, ROY
16  ELLIOT, IRENE HALL, JUDY BRADY
    FOGEL,
17
18                  Plaintiffs,

19           v.

20  REMCO HYDRAULICS, INC., WHITMAN
    CORPORATION, PNEUMO ABEX
21  CORPORATION, M-C INDUSTRIES,

22                  Defendants.

23

24

25

26

27

28

LATHAM&WATKINS LLP   SF\570142.1
ATTORNEYS AT LAW
SAN FRANCISCO

1        Plaintiffs' claims in this action and plaintiffs' claims in the *Donna Avila, et al. v.*

2  *Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 SI, Consolidated with C-

3  01-0266 SI (N.D. Cal.) arise from the same alleged facts and conduct. Plaintiffs' counsel in this

4  action are also counsel in the *Avila* action, and are or should be familiar with the available

5  evidence regarding the factual basis for plaintiffs' allegations regarding defendants' conduct.

6  Because this case was filed in December 2004 in California Superior Court for Mendocino

7  County, plaintiffs' counsel has had nearly 17 months to gather facts relevant to plaintiffs'

8  injuries and claims that defendants' conduct caused such injuries. To allow the Court and the

9  parties to determine whether plaintiffs' claims in this action should be tried together with the

10  plaintiffs' claims in the *Avila* action, and thus further judicial efficiency, plaintiffs in this action

11  need to provide the type of information previously provided in the *Avila* action.

12        Therefore, the Court finds that entry of Case Management Order No. 1 is

13  necessary for the just and efficient resolution of this lawsuit.

14        ~~Accordingly, Plaintiffs are hereby ordered to respond to the attached discovery by~~

15  ~~August 30, 2006 and September 30, 2006.~~ Plaintiffs must respond to Exhibit 1, Plaintiff

16  Questionnaire to be Answered Under Penalty of Perjury by All Plaintiffs Claiming Personal

17  Injury, and Exhibit 2, Supplemental Plaintiff Questionnaire to be Answered Under Penalty of

18  Perjury by All Plaintiffs Claiming Personal Injury, by ~~August 30, 2006.~~ September 29, 2006. Plaintiffs must respond

19  to Exhibit 3, Defendants Pneumo Abex Corporation's and Whitman Corporation's First Set of

20  Requests for Production of Documents to Each Plaintiff, and Exhibit 4, Defendants Pneumo

21  Abex Corporation's and Whitman Corporation's First Set of Interrogatories to Each Plaintiff, by

22  ~~September 30, 2006.~~ 10/72 In turn, Defendants have stipulated that their discovery responses in the

23  *Avila* action may be used in this action.

24          **IT IS SO ORDERED.** 06

25            10/25/06

      DATED:_____, 2006

26                    Honorable Susan Illston

                      UNITED STATES DISTRICT COURT JUDGE

27  A further case management conference has been scheduled to occur on 11/3/06 @ 2:30 p.m. A joint

28  case management conference statement shall be filed one week prior.

# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, KASIE CAROLINE VERDOT-CROWELL, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY ELLIOT, IRENE HALL, JUDY BRADY FOGEL, | CASE NO. C-06-2555 SI |

Plaintiffs,

v.

REMCO HYDRAULICS, INC., WHITMAN CORPORATION, PNEUMO ABEX CORPORATION, M-C INDUSTRIES,

Defendants.

**PLAINTIFF QUESTIONNAIRE**

**TO BE ANSWERED UNDER PENALTY OF PERJURY BY ALL PLAINTIFFS**

**CLAIMING PERSONAL INJURY**

## INSTRUCTIONS

Please complete this questionnaire in <u>black pen</u> (not in pencil). Your responses are being given under penalty of perjury, and you must give complete and accurate answers to the best of your knowledge. If the space provided is inadequate for your answer, please complete your answer on one of the supplemental pages at the end of this booklet and specify the question number to which you are providing further answers. This Questionnaire is not intended to elicit expert testimony.

In answering this questionnaire, the term "Site" shall mean the former Remco Hydraulics plant in Willits, California.

## PLAINTIFF QUESTIONNAIRE

## I.    BACKGROUND

1.    Your full name:_____

                                    First              Middle             Last

        Address:_____

                                   Street Address                Apt. No.

                            _____

                                   City               State           Zip

2.    Are you responding to these questions on your own behalf or on behalf of any person(s) you represent or are a guardian for? (NOTE: IF YOU REPRESENT ONE OR MORE PLAINTIFF(S) AND YOU ARE YOURSELF A PLAINTIFF, YOU MUST COMPLETE <u>SEPARATE</u> QUESTIONNAIRES FOR YOURSELF AND FOR EACH OF THE PERSONS YOU REPRESENT.)

    ___ I am responding on my own behalf. (Go to question 3)

    ___ I am responding on behalf of another plaintiff.

    a.    If you are responding for another plaintiff, please state the following for the plaintiff on whose behalf you are responding.

        Full name:_____

                                First              Middle            Last

        Address:_____

                                    Street Address               Apt. No.

                            _____

                                  City               State           Zip

    b.    Please indicate all of the following which apply to the plaintiff on whose behalf you are responding:

        ___ Living               ___ Incompetent

        ___ Deceased       ___ Other (specify:_____)

1

___ Minor

c.     Please state the plaintiff's relationship to you.

_____

d.     If the plaintiff on whose behalf you are responding is deceased, please state the following:

Date of death:_____

Place of death (state, county, address):_____

_____

Name of doctor/clinic/hospital, if any:_____

_____

Cause of death:_____

Please attach a copy of the decedent's death certificate if you have it in your possession (or if the death certificate is in your counsel's possession).

e.     If an autopsy was performed, please attach a copy of the autopsy report, or provide the name and address of the doctor, clinic, or hospital conducting the autopsy:

_____

_____

3.    Can you speak and understand English with ease?

     ____ Yes (go to question 4)

     ____ No.  Please describe the language and dialect with which you are most familiar. _____

_____

_____

4.    Do you have a speech impairment that prevents or impairs you from speaking?

     ____ Yes (can you speak at all?_____)

     ____ No

5.    Do you have a hearing impairment that prevents or impairs you from hearing?

     ____ Yes.  Please describe the hearing impairment:_____

     ____ No

2

(IF YOU ARE RESPONDING ON BEHALF OF ANOTHER PLAINTIFF, ANSWER THE REMAINING QUESTIONS ON BEHALF OF THAT PERSON AND <u>NOT</u> ON BEHALF OF YOURSELF. PLEASE USE A SEPARATE QUESTIONNAIRE FOR YOUR OWN CLAIMS.)

IF YOU DO NOT KNOW THE ANSWER TO A PARTICULAR QUESTION, PLEASE WRITE "I DO NOT KNOW" IN THE SPACE PROVIDED FOR THAT QUESTION. IF THE QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE "NOT APPLICABLE" OR "N/A". <u>DO NOT LEAVE ANY QUESTIONS BLANK</u>.

6.  If you have ever been known by another name, please list the other names and dates of use below. (Please complete your answer on the supplemental pages provided if additional space is required.)

| Prior Names | From Mo./Yr. | To Mo./Yr. |
|---|---|---|
| | | |
| | | |
| | | |

7.  Please provide the following identification information.

   a.  Social Security number:_____

   b.  If you have ever had any other Social Security number, please state the number, the years you used that number, and the name you had when you used it.

   _____

   c.  Date of Birth:_____

8.  What is your current marital status?

   ___ Married      ___ Separated/Divorced
   ___ Widowed      ___ Single (never married) (go to question 9)

   a.  Please state your spouse's name, date of birth and occupation(s).

   _____

   b.  When and where were you married?

   _____
       Month/Year          City          State

   c.  Please state any prior spouses' names and the years of marriage.

   _____

9.  Please provide the name, place of birth and date of birth of each child, living or deceased, born to you, fathered by you or adopted by you.  Please indicate below if you have no children.  (If you have or had more than 4 children, please complete your response on the supplemental pages provided.)

_____ I have no children born to me, fathered by me or adopted by me (go to question 10).

| | Name | Place of Birth (City, State, Hospital) | M/D/Y of Birth | Adopted Yes/No |
|---|---|---|---|---|
| Child 1. | _____ | _____ | _____ | _____ |
| Child 2. | _____ | _____ | _____ | _____ |
| Child 3. | _____ | _____ | _____ | _____ |
| Child 4. | _____ | _____ | _____ | _____ |

10.  Please state all of your educational experience below beginning with your elementary school (and an authorization for school records for each school listed in the form provided.)

| Degree Received | Name of School/Institution | City and State of School/Institution | Date Degree Received |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

11.  Are you currently employed?   _____ Yes   _____ No  (go to question 12)

If yes, please provide the following information (and an authorization for employment records in the form provided).

a.  Name of employer:_____

b.  City/State of employment:_____

c.  Start date of employment:_____

d.  Duties:_____

e.  Name of supervisor/boss:_____

f.  Average number of work hours per week:_____

4

g.    If you took a pre-employment physical before you went to work for your current employer, and the pre-employment physical was conducted within the past 10 years, state the name of the examining doctor and the date of the examination.

_____

12.    Were you ever employed at a place different from any employment described in response to question 13?

_____ Yes    _____ No  (go to question 13)

If yes, please provide the information requested below for each previous employer since high school.  (If you have more than two previous employers after high school, please complete your response on the supplemental pages by providing all the information requested below for all additional previous employers.  Please provide an authorization to obtain employment records from each employer in the form provided.)

a.    <u>Employer 1 (most recent previous employer)</u>

Name:_____

City/State of employment:_____

Dates of employment:_____

Duties:_____

Name of supervisor/boss:_____

Average number of hours worked per week:_____

If you took a pre-employment physical before you went to work for this employer and the pre-employment physical was conducted within the past 10 years, state the name of the examining doctor and the date of the examination.

_____

_____

b.    <u>Employer 2 (next most recent previous employer)</u>

Name:_____

City/State of employment:_____

Dates of employment:_____

Duties:_____

Name of supervisor/boss:_____

5

Average number of hours worked per week:_____

If you took a pre-employment physical before you went to work for this employer and the pre-employment physical was conducted within the past 10 years, state the name of the examining doctor and the date of the examination.

_____

13.  Have you ever been in military service?  ___ Yes  ___ No (go to question 14)

a.  If yes, state the dates served:  from _____ to _____
                                              (Mo./Yr.)         (Mo./Yr.)

b.  In what branch of the service did/do you serve?

___ Army                  ___ Marines
___ Navy                  ___ Other (specify: _____)
___ Air Force

c.  For each military assignment, please state the city, station and country where you were assigned and the dates you were assigned there.  (Please complete your response on the supplemental pages provided if additional space is required.  Please provide a military records authorization in the form provided).

_____

_____

_____

14.  Have you ever been injured or become ill (excluding colds, flus and other minor injuries/illnesses) at your job? ___ Yes ___ No (go to question 15)

If yes, please explain the injury(ies) or illness(es), including where it/they occurred and the date(s) it/they occurred.

_____

_____

_____

_____

_____

15.  Have you ever made a worker's compensation claim against any employer?

___ Yes  ___ No  (go to question 16)

If yes, please provide for each such claim the name of the employer against whom you brought the claim, the date the claim was brought, the reason the claim was brought. (Please use supplemental pages to provide additional information if necessary.)

_____

_____

_____

_____

_____

16.    Have you ever received disability benefits?

    ___ Yes    ___ No  (go to question 17)

If yes, please provide the requested information (Please use supplemental pages to provide additional information if necessary.)

    a.    From which employer? _____

    b.    When? _____

    c.    If your disability related to the same body part(s) as the injuries you claim in this litigation, please state the amount of your disability payments.

        _____

    d.    Please state the reason(s) you received the benefits.

        _____

        _____

        _____

17.    Have you ever been a plaintiff or a defendant in a civil lawsuit (including a class action suit) in the past 10 years other than this lawsuit?  (If more than one such lawsuit, please complete your response on the supplemental pages by providing all the information requested below for all other lawsuits.)

    ___ Yes    ___ No  (go to question 18)

If yes, please provide the information requested below for each such lawsuit.

    a.    Name of action: _____

        Case No.: _____ Court: _____

        Date Filed: _____

b. Were you a plaintiff _____ or defendant _____? (Check one)

c. What were the circumstances (type) of the action?

_____

_____

d. How was the case resolved? ____ Settlement ____ Dismissal ____ Verdict

e. Please provide the name and address of your attorney on the case:

_____

_____

f. If your claim related to the same body part(s) as the injuries you claim in this litigation, please state the amount of money you received.

_____

_____

_____

_____

18. Have you ever been convicted of a felony (including any pleas of no contest or nolo contendre)?

_____ Yes

_____ No (go to question 19)

If you have been convicted of more than one felony, please provide responses to the following questions for each conviction on supplemental pages.

Court in which prosecution took place:_____

_____

Charge:_____

_____

Approximate date the prosecution took place (Month/Year):_____

Name and address of your attorney(s):

_____

_____

19.  Have you ever appeared in any television or radio program, magazine or newspaper articles or any other media regarding anything to do with this lawsuit?

_____ No (go to question 20)

_____ I don't know (go to question 20)

_____ Yes

If so, in what media did you appear and when?

_____

_____

_____

_____

_____

20.  Have you ever written a letter to the editor or other letter to any newspaper, magazine, radio station or television station expressing your opinion regarding anything to do with this lawsuit?

_____ No (go to question 21)

_____ Yes

If so, state the name of the newspaper, magazine, radio station or television station you wrote to and the approximate date of your letter.

_____

_____

_____

21.  Please state each of your residence addresses and the dates you lived at each address, beginning with your current address and whether you claim you were exposed to any contaminants from the Site at that address.  (If you have had more than six residences, please complete your response on the supplemental pages by providing all the information requested below for all other residences.)

a.  Residence 1 (Current Residence)

Name: _____

Street address: _____

City: _____ State: _____ Zip: _____

Dates of residence: _____

Claim exposure to chemicals from the Site at residence: ___ Yes ___ No ___ Unknown

9

Exposure to which chemicals:_____

b.    Residence 2

Name:_____

Street address:_____

City: _____ State: _____ Zip: _____

Dates of residence:_____

Claim exposure to chemicals from the Site at residence:  ___ Yes  ___ No  ___ Unknown

Exposure to which chemicals:_____

c.    Residence 3

Name:_____

Street address:_____

City: _____ State: _____ Zip: _____

Dates of residence:_____

Claim exposure to chemicals from the Site at residence:  ___ Yes  ___ No  ___ Unknown

Exposure to which chemicals:_____

d.    Residence 4

Name:_____

Street address:_____

City: _____ State: _____ Zip: _____

Dates of residence:_____

Claim exposure to chemicals from the Site at residence:  ___ Yes  ___ No  ___ Unknown

Exposure to which chemicals: _____

e.    Residence 5

Name:_____

Street address:_____

City: _____ State: _____ Zip: _____

Dates of residence:_____

Claim exposure to chemicals from the Site at residence: ___ Yes ___ No ___ Unknown

Exposure to which chemicals: _____

    f.    <u>Residence 6</u>

Name:_____

Street address:_____

City: _____ State: _____ Zip: _____

Dates of residence:_____

Claim exposure to chemicals from the Site at residence: ___ Yes ___ No ___ Unknown

Exposure to which chemicals: _____

22.    To the best of your knowledge, did you ever reside within 1 mile of any of the following?

| <u>Yes</u> | <u>No</u> | | <u>Address of Residence</u> |
|---|---|---|---|
| ____ | ____ | Mine (what kind?_____ ) | _____ |
| ____ | ____ | Factory/plant (what kind? _____ ) | _____ |
| ____ | ____ | Power plant (what kind? _____ ) | _____ |
| ____ | ____ | Waste Disposal Site or Dump | _____ |
| ____ | ____ | Agricultural area | _____ |

23.    Have you ever worked in any kind of agricultural activity?

_____ Yes

_____ No (go to question 24)

If you have worked in any kind of agricultural activity, please provide the information requested below. (If you worked in agricultural activities for more than one period of time, please use supplemental pages to provide the information requested below for each such activity).

From (year) _____ to (year) _____

Address:_____

Describe activities:_____

Describe any contact with pesticides:

11

24. Have you ever worked in any kind of commercial lumber activities?

_____ Yes

_____ No (go to question 25)

If you have worked in commercial lumber activities, please provide the information requested below. (If you worked in commercial lumber activities for more than one period of time, please use supplemental pages to provide the information requested below for each such activity).

From (year) _____ to (year) _____

Address:_____

Describe activities:_____

Describe any contact with chemicals:_____

_____

25. Circle any and all of the following which you have used, handled or otherwise been exposed to or currently use, handle or are otherwise exposed to while engaged in any job, duty, hobby or other activity at home or at work.

| | | |
|---|---|---|
| Acids | Crop Dust & Sprays | Nickel |
| Ammonia | DDT | Paints, thinners, turpentine |
| Agent Orange | Degreaser materials | Paint removers |
| Arsenic | Dyes & stains | Pesticides or Fungicides |
| Asbestos | Fiberglass | Sealers |
| Asphalt & tar | Flea collars, powders or | Solvents |
| Beryllium |   sprays | Sulfur |
| Benzene | Insulation foam | Swimming pool |
| Cadmium | Lead |   chemicals |
| Caustic or lye | Malathion | Tobacco leaves |
| Chlorine | Mercury | Weed killers |
| Chloroform | Munitions gas & | Welding fumes |
| Coal |   smoke | X-Ray or radioactive |
| | |   materials |

26. Have you ever been concerned that you were exposed to a harmful chemical or substance? If so state the date, the substance and the means of exposure

_____

_____

_____

_____

27.    In this lawsuit, do you claim to have been exposed to chemicals from the Remco Site at any of the locations described in the list below:  (If yes, please circle each of the locations, if no, please go to Question 28)

a.    934 South Main Street

Brooktails Community

475 San Francisco Street

175 Lenore Street

Berry Creek

City sewer

The Open field behind Valley Oaks Trailer Park

The Open field behind Page Pits

West Highway 20 Bridge near KOA campground

Under freeway South Highway 101 where 2 lanes turn into 4 lanes

Location where water trucks sprayed between Blosser Lane and Franklin Avenue

The Ponds at Muir Mill Road

Quadrio property

Sherwood Rancheria Indian Land

Baechtel Creek

Bob Peter's property

Collies Pond

The Pond near Nolans' property

The Well on Luna's property

Willits Rail Yard

If you claim to have been exposed to chemicals from the Remco Site at any location <u>not</u> listed above, please describe that location.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b.    If you circled any locations above and/or described any locations above, please state for <u>each</u> location:  the chemicals to which you were exposed; the date(s) of each exposure; the total

duration (in seconds, minutes, hours, days or years as applicable) of your exposure; and how you claim the chemicals got on or into your body.  (Please use supplemental pages if necessary).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Question 27 (b) (Continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

28.     In this lawsuit, do you claim to have suffered any damage or injury through preconception exposure (i.e. one or both of your parents was exposed prior to your birth) to Chromium VI or other chemicals?

        ___ Yes     ___ No (go to question 29)

        If yes, please provide the following information:

a.      The parent's name (or parents' names) and relationship to you for each individual through whom you claim preconception exposure

        _____

        _____

b.      The specific chemicals, exposure location, dates and duration for each person identified above.

        _____

        _____

        _____

        _____

        _____

29.     Do you claim to have children with birth defects caused by the Site?

        ___ Yes     ___ No (go to question 30)

        Are any of them plaintiffs in this lawsuit?  ___ No ___Yes.

        Please provide their names and describe the birth defect.

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

16

30. **Testing**

    a.   If any water source (e.g., tap water, well water, plumbing) at your home or workplace from which you have consumed water has been tested, please provide the following:

        Describe the water source? _____

        How many times was it tested? _____

        Who conducted the test? _____

        Where? _____

        When? _____

        Did you receive the results? _____ Yes _____ No

        If yes, please describe the results. _____

        _____

        _____

        Do you have a copy of the results? _____ Yes _____ No

    b.   If you have been tested for the effects of chromium on your health, please provide the following:

        What substances were you tested for? _____

        Who conducted the test(s)? _____

        Where? _____

        When? _____

        Did you receive the results? _____ Yes _____ No

31.   Have you been contacted by anyone in the last 15 years who said that they were doing a study of health problems in the Willits area or seen the results of any such study? (Please complete your answer on supplemental pages if additional space is required.)

    _____ Yes     _____ No (go to question 32)

    If yes, who contacted you or who conducted the study and what were the results, if any?

    _____

    _____

    _____

## II.   HEALTH BACKGROUND

A.   <u>Family Health</u>

32.   Please provide the following information regarding your mother.

    a.   Married name:_____

    b.   Birth/maiden name:_____

    c.   Date of birth:_____

    d.   Is your mother still alive?

        _____ Yes

        _____ No (Cause and date of death _____)

33.   Please provide the following information regarding your father.

    a.   Name:_____

    b.   Date of birth:_____

    c.   Is your father still alive?

        _____ Yes

        _____ No (Cause and date of death _____)

34.   Please record the first and last names of each of your brothers and sisters and their dates of birth and, if applicable, date of death and cause of death.

| Name | Date of Birth | Date of Death | Cause of Death |
|------|---------------|---------------|----------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

35.     To the best of your knowledge, have any of your blood relatives (including but not limited to your children, grandchildren, parents, grandparents, aunts, uncles, brothers, sisters or cousins), whether currently living or deceased, ever had cancer?  If yes, please provide the name of the relative, his/her relationship to you, whether he/she is a maternal or paternal relative and a description of the cancer.

_____

_____

_____

_____

_____

_____

_____

36.     To the best of your knowledge, have any of your blood relatives, whether currently living or deceased, ever suffered from any major illness or condition other than cancer (e.g. asthma, emphysema, heart disease, high blood pressure, tuberculosis, etc.)?  If yes, please provide the name of the relative, his/her relationship to you, whether he/she is a maternal or paternal relative and a description of the illness or condition.

_____

_____

_____

_____

_____

_____

_____

_____

_____

B.    Lifestyle

37.    Have you ever used tobacco products?    _____ Yes    _____ No (go to question 37(j))

    a.    If yes, when did you start? _____

    b.    Do you currently use any tobacco products?    _____ Yes    _____ No

        If no, when did you quit? _____

    c.    Please state whether you use or used the following and when you used them (check all that apply).

        Dates Of Use

        | | | | |
        |---|---|---|---|
        | _____ | Cigarettes | From _____ | to _____ |
        | _____ | Cigars | From _____ | to _____ |
        | _____ | Pipe | From _____ | to _____ |
        | _____ | Snuff | From _____ | to _____ |
        | _____ | Chewing tobacco | From _____ | to _____ |

    d.    On average, how many cigarettes do or did you smoke per day:

    e.    On average, how many cigars do or did you smoke per day:

    f.    On average, how many pipefulls of tobacco do or did you smoke per day:

    g.    On average, how much chewing tobacco or snuff do or did you use per day?

    h.    When was the last time you used one of the tobacco products stated above?

    i.    Was there ever a time when you used the above stated tobacco products in greater or lesser quantities than the averages described above?  If so, please describe when and how much you used.

j.   Have you ever lived with anyone who smoked in your home or in your presence?

___ Yes ___ No

Who? _____

Years? _____

What is the amount, on average, they smoked in your presence each day (if this amount changed over time, please provide the average amounts and state the corresponding time periods)?

_____

_____

_____

38.   Do you or did you drink alcoholic beverages?   ___ Yes   ___ No (go to question 39)

a.   If yes, what do or did you drink? (Check all that apply)

___ Beer          ___ Mixed drinks or liquor

___ Wine

b.   On average, how much do or did you drink <u>per day</u>?

___ Less than 1 drink      ___ 5-6 drinks

___ 1-2 drinks            ___ More than 6 drinks

___ 3-4 drinks

c.   Was there ever a time when you drank more or less than the averages described above?  If so, please describe when and how much you drank.

_____

_____

_____

_____

C.    Underline: General Health & Medical History

39.    Please provide the following information concerning your birth.

    a.    Were you adopted?  ___ Yes    ___ No

    b.    Were you a premature baby?  ___ Yes    ___ No

    c.    Were you born with any birth defects? ___ Yes    ___ No

        If yes, please specify: _____

    d.    What was your weight and length at birth?

        _____ pounds_____ ounces_____ inches

    e.    Where were you born?

        ___ At home

        ___ In a hospital (name/address _____ )

        ___ Other (please specify: _____ )

    f.    If there were any complications with your mother's pregnancy with you or your birth, please explain.

        _____

40.    Please provide the following information concerning your current height and weight.

    a.    height: _____ feet _____ inches    weight: _____ pounds

    b.    What is the most (excluding pregnancies) and the least you have weighed in the last five years ?

        Most: _____ pounds    Least: _____ pounds

41.    Have you been under general anesthesia during the period beginning 10 years before you first allege exposure to a harmful substance or chemical for which you allege that any defendant is responsible through the present date?  ___ Yes    ___ No (go to question 42)

    a.    If yes, how many times? _____

    b.    What procedures required you to be under general anesthesia? _____

        _____

42. Have you ever had X-rays taken during the period beginning 10 years before you first allege exposure to a harmful substance or chemical for which you allege that any defendant is responsible through the present date? _____ Yes _____ No (go to question 43)

    a. If yes, approximately how many X-rays have you had taken?

        _____ dental X-rays     _____ body X-rays

    b. What conditions or symptoms required you to have body X-rays taken? _____

    _____

43. Do you or did you ever have any specific allergies to:

| Yes | No | | State the substance and the reaction |
|-----|-----|-----|-----|
| _____ | _____ | Drugs (Penicillin, etc.) | _____ |
| _____ | _____ | Dust | _____ |
| _____ | _____ | Chemicals | _____ |
| _____ | _____ | Food | _____ |
| _____ | _____ | Animal | _____ |
| _____ | _____ | Pollen | _____ |
| _____ | _____ | Other | _____ |

44. Have you used any of the following prescription medications during the period beginning 10 years before you first allege exposure to a harmful substance or chemical for which you allege that any defendant is responsible through the present date:

| No | Yes Now | Yes Past | | Identify Drug, Reasons for Use and Any Prescribing Doctor |
|-----|-----|-----|-----|-----|
| __ | __ | __ | Sedatives, sleeping pills, tranquilizers | _____ |
| __ | __ | __ | Stimulants | _____ |
| __ | __ | __ | Birth control pills | _____ |

45. Have you ever worn glasses or contacts?

    _____ Yes (Dates _____)

    _____ No

46.     Have you lived with anyone who had tuberculosis during the period beginning 10 years before you first allege exposure to a harmful substance or chemical for which you allege that any defendant is responsible through the present date?

_____ Yes (Dates _____)

_____ No

47.     Have you had a tuberculin test during the period beginning 10 years before you first allege exposure to a harmful substance or chemical for which you allege that any defendant is responsible through the present date?

_____ Yes (Date(s) _____)         (Result _____)

_____ No

48.     a. For each medical condition or injury listed below, check all boxes that apply.

| To the best of your knowledge, have you **ever** had the condition listed? | | | | Are you seeking compensation for the condition in this lawsuit? | |
|---|---|---|---|---|---|
| Yes | No | Don't Know | | Yes | No |
| | | | Scarlet fever, erysipelas | | |
| | | | Rheumatic fever | | |
| | | | Frequent or severe headaches | | |
| | | | Dizziness or fainting spells | | |
| | | | German measles | | |
| | | | Hearing loss | | |
| | | | Chronic or frequent colds | | |
| | | | Sinusitis | | |
| | | | Hay fever | | |
| | | | Head injury | | |
| | | | Skin diseases | | |
| | | | Thyroid condition | | |
| | | | Tuberculosis | | |
| | | | AIDS/HIV positive | | |
| | | | Asthma | | |
| | | | Pneumonia | | |
| | | | Bronchitis | | |
| | | | Shortness of breath | | |
| | | | Chest Pains | | |
| | | | Chronic cough | | |
| | | | Heart conditions | | |
| | | | High blood pressure | | |
| | | | Anemia or low blood count | | |
| | | | Diabetes | | |
| | | | Liver conditions | | |
| | | | Numbness of extremities | | |
| | | | Stomach conditions | | |
| | | | Colitis | | |
| | | | Crohn's Disease | | |
| | | | Ulcerative Colitis | | |
| | | | Tropical disease | | |

24

| To the best of your knowledge, have you **ever** had the condition listed? | | | | Are you seeking compensation for the condition in this lawsuit? | |
|---|---|---|---|---|---|
| Yes | No | Don't Know | | Yes | No |
| | | | Gallbladder conditions | | |
| | | | Jaundice or hepatitis | | |
| | | | Adverse reaction to serum, drug or medicine | | |
| | | | Piles, rectal disease or hemorrhoids | | |
| | | | Painful urination | | |
| | | | Kidney stone or blood in urine | | |
| | | | Sugar or albumin in urine | | |
| | | | Bone, joint or other deformity | | |
| | | | Gum conditions | | |
| | | | Orthodontia or dental conditions | | |
| | | | Recurrent back or neck pain | | |
| | | | Paralysis (including infantile) | | |
| | | | Epilepsy, fits or seizures | | |
| | | | Sleeping disorders | | |
| | | | Loss of memory or amnesia | | |
| | | | Periods of unconsciousness | | |
| | | | Amoebic parasites | | |
| | | | Extreme fatigue/lethargy | | |
| | | | Eating disorder | | |
| | | | Episodes of shock | | |
| | | | Malaria | | |
| | | | Cholera | | |
| | | | Typhoid | | |
| | | | Respiratory system injury | | |
| | | | Heart/circulation system injury | | |
| | | | Immune system injury | | |
| | | | Nervous system injury | | |
| | | | Impairment of sexual relations | | |
| | | | Miscarriage(s) | | |
| | | | Child(ren) with birth defects | | |
| | | | Cancer: Brain | | |
| | | | Cancer: Breast | | |
| | | | Cancer: Cervical | | |
| | | | Cancer: Lymph node | | |
| | | | Cancer: Prostate | | |
| | | | Cancer: Skin | | |
| | | | Cancer: Nasopharynx | | |
| | | | Cancer: Kidney | | |
| | | | Cancer: Lung | | |
| | | | Cancer: Melanoma | | |
| | | | Cancer: Other (specify) | | |
| | | | Birth Defect (specify type) | | |
| | | | Airway: Obstruction | | |
| | | | Attention Deficit Disorder | | |
| | | | Bone: Degeneration | | |
| | | | Breast: Fibroids or Lumps | | |
| | | | Chronic Fatigue Syndrome | | |
| | | | Cleft pallet | | |
| | | | Club feet | | |
| | | | Scleroderma | | |
| | | | Cyst: Ovarian | | |
| | | | Cyst: Uterus | | |
| | | | Epstein Barr Syndrome | | |

| To the best of your knowledge, have you **ever** had the condition listed? | | | | Are you seeking compensation for the condition in this lawsuit? | |
|---|---|---|---|---|---|
| Yes | No | Don't Know | | Yes | No |
| | | | Heart Attack | | |
| | | | Heart Failure: Congestive | | |
| | | | Hodgkin's Disease | | |
| | | | Lung: Calcification/Scarring | | |
| | | | Lung: Sarcoidosis | | |
| | | | Lupus | | |
| | | | Mental Retardation | | |
| | | | Organic Brain Syndrome | | |
| | | | Valley Fever | | |
| | | | Osteomyelitis | | |
| | | | Raynaud's Syndrome | | |
| | | | Arthritis | | |
| | | | Seizures | | |
| | | | Low white cell count | | |
| | | | Nosebleeds | | |

## III.   CLAIMS

### A.   Physical and Medical Injuries

49.   a.   Please provide a "Description" of each item you checked "Yes" in question 48a. <u>FOR WHICH YOU SEEK COMPENSATION</u>, including the dates that you had each condition, the circumstances or other details surrounding each condition, and the person treating you for each condition.  (Please use the supplemental pages provided if additional space is required.)

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

b.    Do you claim that you have suffered any physical injury or medical condition **FOR WHICH YOU SEEK COMPENSATION** other than those checked in response to question 48a.?

    \_\_\_ Yes \_\_\_ No (go to question 50)

If your answer is "Yes," identify and describe each additional injury or medical condition you claim was caused by the Site, including dates that you had each condition, the circumstances or other details surrounding each condition, and the person treating you for each condition:

_____

_____

_____

_____

50.     Do you claim to have suffered any physical pain and/or physical restrictions as a result of any of the physical injuries and medical conditions you checked "yes" in question 48a. above and <u>FOR WHICH YOU SEEK COMPENSATION</u>? If yes, please describe fully and exactly the alleged pain and/or restrictions, including the dates and duration of the pain and/or restrictions.

_____

_____

_____

_____

_____

51.     Please provide the requested information for each doctor, hospital or clinic with whom or where you received advice or treatment during the past 10 years regarding <u>any</u> medical condition. (If more than five doctors or clinics, please complete your answer on the supplemental pages by providing all the information requested below for all other doctors/ clinics. Please provide an authorization to obtain the records from each doctor/clinic/hospital in the form provided.)

a.     <u>Doctor/Clinic/Hospital 1</u>

Name: _____

Address: _____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

b.     <u>Doctor/Clinic/Hospital 2</u>

Name: _____

Address: _____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

c.    Doctor/Clinic/Hospital 3

Name:_____

Address: _____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

d.    Doctor/Clinic/Hospital 4

Name:_____

Address: _____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

e.    Doctor/Clinic/Hospital 5

Name:_____

Address: _____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

B.    Emotional and Psychological Injuries

52.    DO YOU CLAIM IN THIS LAWSUIT that you have suffered any of the following emotional or psychological injuries/conditions as a result of living, visiting or working at or near the Site?  For each injury/condition you check "yes" below, please describe the type of injury/condition and the period of time which you suffered such injury/condition.  (Please use the supplemental pages if additional space is required.)

Yes    No

____    ____    Fear of developing cancer or other disease

Date of onset, description and duration of injury: _____

_____

_____

____    ____    Has any medical doctor or other health care practitioner ever told you that it is more likely than not you will develop cancer or other disease because of the Site?

If yes, when were you told this? _____

If yes, by what doctor(s)? _____

What diagnosis or reasons were provided? _____

_____

_____

____    ____    Emotional distress

Date of onset, description and duration of injury: _____

_____

_____

_____

____    ____    Other (specify: _____)

Date of onset, description and duration of injury: _____

_____

_____

_____

53.	Please provide the following information for each counselor or therapist who has examined you during the past 10 years for any emotional and/or psychological injuries.  (If more than two such persons, please complete your response on the supplemental pages by providing all the information requested below for all counselors/therapists.)

a.	Counselor/Therapist 1

Name: _____

Street address: _____

City: _____ State: _____ Zip: _____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

_____

b.	Counselor/Therapist 2

Name: _____

Street address: _____

City: _____ State: _____ Zip: _____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

_____

C.	Wages and Employment

54.	Do you claim that any of the injuries described in questions 48a and 49a FOR WHICH YOU SEEK COMPENSATION caused you to be absent from work and thereby lose wages?

____ Yes ____ No (go to question 55)

a.	If yes, how much lost wages do you claim    $ _____ total

b.  Please provide the following information for each of the work absences for which you seek compensation.  (If more than 2 absences, please complete your response on the supplemental pages by providing all of the information requested below for all absences.)

Absence 1

Dates of absence: _____

Employer: _____

Weekly wage before absence: $_____ per week

Reasons for absence: _____

_____

Absence 2

Dates of absence: _____

Employer: _____

Weekly wage before absence: $_____ per week

Reasons for absence: _____

_____

c.  Please state any other factors that were included in reaching the amount stated in 56a above:

_____

_____

_____

55.  Do you claim that any of the injuries described in questions 48a and 49 FOR WHICH YOU SEEK COMPENSATION caused you to change occupations?

        _____ Yes              _____ No (go to question 56)

a.  If yes, what health reason(s) do you claim caused you to change occupations?

_____

_____

_____

b.  If yes, do you claim that the change in occupation caused you to lose wages?

_____ Yes            _____ No

If yes, please explain the nature and amount of your lost wages.

_____

_____

_____

D.  Other Claims

56.  Are you asserting a claim for loss of consortium in this lawsuit

___ Yes      ___ No (go to question 57)

If yes, please provide the following information:

a.  Name of spouse: _____

b.  Are you claiming impairment of your sexual relations with your spouse?

___ Yes    ___ No

If yes, please describe how your sexual relations have been impaired.

_____

_____

_____

c.  Please list any health problems your spouse has had at any time during your marriage (including but not limited to physical injuries, illnesses, diseases, conditions, surgeries, hospitalizations and/or emotional or psychological problems), which you believe are impacting your marital relationship.

_____

_____

_____

_____

d.   If not otherwise described above in response to Question 56(b), please describe how your spouse's injuries or health problems are impacting your relationship with your spouse.

_____

_____

_____

_____

_____

_____

57.   As a plaintiff in this lawsuit, are you asserting a cause of action for trespass?

_____ Yes     _____ No

If yes, please describe how Defendants have allegedly trespassed on your property.

_____

_____

_____

_____

58.   Other than the claims asserted above, do you claim to have suffered any other injury or damage which YOU CLAIM IN THIS LAWSUIT WAS CAUSED BY THE SITE?

___ Yes     ___ No

If yes, please describe each of the other claim(s) that you make in this lawsuit.

_____

_____

_____

_____

_____

59.   State the name, address and relationship to you of each person who prepared or assisted in the preparation of the responses to this Questionnaire.  (Do not identify anyone who simply typed the responses.)

_____

_____

_____

_____

60.   Identify any documents reviewed to prepare the responses to this Questionnaire.

_____

_____

_____

_____

_____

_____

_____

_____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

| Question # | Supplemental Answer |
|------------|---------------------|
|            |                     |

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Question #                    Supplemental Answer

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Question #                    Supplemental Answer

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Question #                          Supplemental Answer

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

_____    |    _____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

| Question # | Supplemental Answer |
| --- | --- |
|  |  |

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Question #                              Supplemental Answer

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

_____ | _____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Employer No. ____

Name: _____

City/State of employment: _____

Dates of employment: _____

Duties: _____

Name of supervisor/boss: _____

Average number of hours worked per week: _____

If you took a pre-employment physical before you went to work for this employer and the pre-employment physical was conducted within the past 10 years, state the name of the examining doctor and the date of the examination.

_____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Employer No. \_\_\_\_

Name: _____

City/State of employment: _____

Dates of employment: _____

Duties: _____

Name of supervisor/boss: _____

Average number of hours worked per week: _____

If you took a pre-employment physical before you went to work for this employer and the pre-employment physical was conducted within the last 10 years, state the name of the examining doctor and the date of the examination.

_____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Doctor/Clinic/Hospital No. ____

Name: _____

Address: _____

_____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

Doctor/Clinic/Hospital No. ____

Name: _____

Address: _____

_____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Doctor/Clinic/Hospital No. ____

Name: _____

Address: _____

_____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

Doctor/Clinic/Hospital No. ____

Name: _____

Address: _____

_____

Date(s) of treatment: _____

Diagnosis or conclusion: _____

Treatment: _____

_____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Residence No. ____

Name: _____

Street address: _____

City: _____ State: _____ Zip: _____

Dates of residence: _____

Claim exposure to chemicals from the Site at residence: ___ Yes ___ No ___ Unknown

Exposure to which chemicals: _____

Residence No. ____

Name: _____

Street address: _____

City: _____ State: _____ Zip: _____

Dates of residence: _____

Claim exposure to chemicals from the Site at residence: ___ Yes ___ No ___ Unknown

Exposure to which chemicals: _____

Residence No. ____

Name: _____

Street address: _____

City: _____ State: _____ Zip: _____

Dates of residence: _____

Claim exposure to chemicals from the Site at residence: ___ Yes ___ No ___ Unknown

Exposure to which chemicals: _____

## SUPPLEMENTAL ANSWERS

(For each supplemental answer, please record the question number before providing the supplemental response.

Use as many lines as necessary to provide a complete response to the question.)

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

Injury or condition (specify from question 48a. list): _____

Description: _____

_____

_____

_____

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHARLES NICKERMAN, MICHAEL
WELLS, ESTER WELLS, DEREK M.
WELLS, BRYAN D. WELLS,
CAROLYNE D. CROWELL, PAULINA
VERDOT, JASON VERDOT-CROWELL,
PAULA MAGANA-VERDOT, KASIE
CAROLINE VERDOT-CROWELL,
LORRAINE F. MONTANO, JOAN
PALLANGO, CRAIG CARBREY,
LAURIE JAHODA, MARK HAGGARD,
ELJENIA HAGGARD, ROY ELLIOT,
IRENE HALL, JUDY BRADY FOGEL,

               Plaintiffs,

     v.

REMCO HYDRAULICS, INC.,
WHITMAN CORPORATION, PNEUMO
ABEX CORPORATION, M-C
INDUSTRIES,

               Defendants.

CASE NO. C-06-2555 SI

QUESTIONNAIRE VERIFICATION BY
PLAINTIFF

---

STATE OF CALIFORNIA          )
                                 )
COUNTY OF _____  )
(Print name of county in which questionnaire is signed)

        I, _____ PLAINTIFF (Print your full name)
declare under penalty of perjury under the laws of the United States, that I am a Plaintiff in the
above-titled action and that the foregoing Answers to the Plaintiff Questionnaire are true and
correct to the best of my knowledge.

Dated:_____          _____

                                    PLAINTIFF (Sign your full name)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, KASIE CAROLINE VERDOT-CROWELL, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY ELLIOT, IRENE HALL, JUDY BRADY FOGEL,<br><br>Plaintiffs,<br><br>v.<br><br>REMCO HYDRAULICS, INC., WHITMAN CORPORATION, PNEUMO ABEX CORPORATION, M-C INDUSTRIES,<br><br>Defendants. | CASE NO. C-06-2555 SI<br><br>QUESTIONNAIRE VERIFICATION BY GUARDIAN |

STATE OF CALIFORNIA                               )
                                                  )
COUNTY OF _____  )
(Print name of county in which questionnaire is signed)

        I, _____ PLAINTIFF (print your full name) as guardian ad litem for PLAINTIFF _____ (print full name of plaintiff for whom you are acting as guardian) declare under penalty of perjury under the laws of the United States, that I am a Plaintiff in the above-titled action and that the foregoing Answers to the Plaintiff Questionnaire are true and correct to the best of my knowledge.

Dated:_____            _____
                                          PLAINTIFF/GUARDIAN
                                          (Sign your full name)

# AUTHORIZATION FOR USE OR DISCLOSURE OF HEALTH INFORMATION

I understand that completion of this document authorizes the disclosure and/or use of health information about me. Failure to provide *all* information requested may invalidate this Authorization.

Name of patient:_____

Date of Birth: _____ SS #:_____

## USE AND DISCLOSURE OF HEALTH INFORMATION

I hereby authorize _____ or any of its employees to release to Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111, on behalf of Pneumo Abex LLC (successor to Pneumo Abex Corporation) and Whitman Corporation (now known as PepsiAmericas, Inc.), their agents, representatives, experts or consultants, my attorneys, William M. Simpich, Esq. and Tesfaye W. Tsadik, Esq., 1736 Franklin, Tenth Floor, Oakland, California 94612, their agents, representatives, experts or consultants, or Judge Susan Illston of the Northern District of California, or her support staff, the following information:

a.   All health information pertaining to my medical history, mental or physical condition and treatment received; and

b.   I specifically authorize release of the following information:

    1)   Mental health treatment information

    2)   HIV test results

    3)   Alcohol/drug treatment information

## PURPOSE

The purpose of requested disclosure is limited to the use of my health information by Latham & Watkins LLP, on behalf of Pneumo Abex LLC (successor to Pneumo Abex Corporation) and Whitman Corporation (now known as PepsiAmericas, Inc.), their agents, representatives, experts or consultants, my attorneys, William M. Simpich, Esq. and Tesfaye W. Tsadik, Esq., their agents, representatives, experts or consultants, or Judge Susan Illston of the Northern District of California, or her support staff, in the matter captioned Charles Nickerman, et al. v. Remco Hydraulics, et. al. (Northern District of California, C 06-02555 SI) and related cases.

## EXPIRATION

This authorization expires upon final disposition of the matter of Charles Nickerman, et al. v. Remco Hydraulics, et. al. (Northern District of California, C 06-02555 SI) and related cases.

## MY RIGHTS

I may refuse to sign this authorization without affecting my ability to obtain treatment or payment or eligibility for benefits related to health care.

I may inspect or obtain a copy of the health information that I am being asked to allow the use or disclosure of.

I may revoke this authorization at any time, but I must do so in writing and submit it to the following address:

> Ernest J. Getto, Esq.
> Richard W. Raushenbush, Esq.
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111-2562

My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

I have a right to receive a copy of this authorization.

I understand that information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure may no longer be protected by United States federal confidentiality law called Health Insurance Portability and Accountability Act of 1996 (HIPAA).

## SIGNATURE

Date:_____          Time:_____ am/pm

Signature:_____
     *(patient/representative/spouse/financially responsible party)*

If signed by someone other than the patient, state your legal relationship to the patient:_____

Witness:_____

## MEDICAL RECORD AUTHORIZATION

PATIENT NAME: _____

AKA: _____

DOCTOR/HOSPITAL/CLINIC: _____
    (Name and Address)

_____

_____

       I hereby authorize Latham & Watkins LLP, on behalf of Pneumo Abex LLC (successor to Pneumo Abex Corporation) and Whitman Corporation (now known as PepsiAmericas, Inc.), their agents, representatives, experts or consultants, my attorneys, William M. Simpich, Esq. and Tesfaye W. Tsadik, Esq., their agents, representatives, experts or consultants, or Judge Susan Illston of the Northern District of California, or her support staff, to inspect, review and obtain copies of all records, reports, bills and correspondence relating to the care and treatment of the undersigned, to include all records of history, examination, diagnosis, prognosis and treatment, x-rays and x-ray findings, laboratory tests and results thereof, diagnostic tracings, billings and payments made, records related to the treatment of, or diagnosis for drug, alcohol, or HIV/Aids related conditions and any and all other records pertaining to the undersigned.

       This authorization shall remain valid until the final resolution of the litigation for which it is sought.

       I, the undersigned, have been advised that I am entitled to a copy of this authorization and that my counsel will promptly provide a duplicate photocopy of all documents obtained as a result of the use of this authorization.

Date: _____

_____
         Patient/Guardian Signature

Date of Birth:_____

Social Security Number:_____

## EMPLOYMENT RECORD AUTHORIZATION

EMPLOYEE: _____ .

AKA: _____

EMPLOYER: _____
(Name and Address)

_____

_____

       I hereby authorize Latham & Watkins LLP, on behalf of Pneumo Abex LLC (successor to Pneumo Abex Corporation) and Whitman Corporation (now known as PepsiAmericas, Inc.), their agents, representatives, experts or consultants, my attorneys, William M. Simpich, Esq. and Tesfaye W. Tsadik, Esq., their agents, representatives, experts or consultants, or Judge Susan Illston of the Northern District of California, or her support staff, to inspect, review and obtain copies of all records relating to the employment of the undersigned.

       This authorization shall remain valid until the final resolution of the litigation for which it is sought.

       I, the undersigned, have been advised that I am entitled to a copy of this authorization and that my counsel will promptly provide a duplicate photocopy of all documents obtained as a result of the use of this authorization.

Date: _____      _____
                                      Employee's Signature

                      Date of Birth:_____

                      Social Security Number:_____

## SCHOOL RECORD AUTHORIZATION

STUDENT: _____

AKA: _____

SCHOOL: _____
(Name and Address)

_____

_____

      I hereby authorize Latham & Watkins LLP, on behalf of Pneumo Abex LLC (successor to Pneumo Abex Corporation) and Whitman Corporation (now known as PepsiAmericas, Inc.), their agents, representatives, experts or consultants, my attorneys, William M. Simpich, Esq. and Tesfaye W. Tsadik, Esq., their agents, representatives, experts or consultants, or Judge Susan Illston of the Northern District of California, or her support staff, to inspect, review and obtain copies of all records relating to the student.

      This authorization shall remain valid until the final resolution of the litigation for which it is sought.

      I, the undersigned, have been advised that I am entitled to a copy of this authorization and that my counsel will promptly provide a duplicate photocopy of all documents obtained as a result of the use of this authorization.

Date: _____       _____
                                 Student/Guardian Signature

           Date of Birth:_____

           Social Security Number:_____

# REQUEST PERTAINING TO MILITARY RECORDS

*Please read instructions on the reverse. If more space is needed, use plain paper.*

**PRIVACY ACT OF 1974 COMPLIANCE INFORMATION.** The following information is provided in accordance with 5 U.S.C. 552a(e)(3) and applies to this form. Authority for collection of the information is 44 U.S.C. 2907, 3101, and 3103, and E.O. 9397 of November 22, 1943. Disclosure of the information is voluntary. The principal purpose of the information is to assist the facility servicing the records in locating and verifying the correctness of the requested records or information to answer your inquiry. Routine uses of the information as established and published in accordance with 5 U.S.C.a(e)(4)(D)

include the transfer of relevant information to appropriate Federal, State, local, or foreign agencies for use in civil, criminal, or regulatory investigations or prosecution. In addition, this form will be filed with the appropriate military records and may be transferred along with the record to another agency in accordance with the routine uses established by the agency which maintains the record. If the requested information is not provided, it may not be possible to service your inquiry.

## SECTION I—INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible)

| 1. NAME USED DURING SERVICE (Last, first, and middle) | | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|---|
| | | | | |

### 5. ACTIVE SERVICE, PAST AND PRESENT (For an effective records search, it is important that ALL service be shown below)

| BRANCH OF SERVICE (Also, show last organization, if known) | DATES OF ACTIVE SERVICE | | Check one | | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|
| | DATE ENTERED | DATE RELEASED | OFFI-CER | EN-LISTED | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### 6. RESERVE SERVICE, PAST OR PRESENT    If "none," check here ▶ [ ]

| a. BRANCH OF SERVICE | b. DATES OF MEMBERSHIP | | c. Check one | | d. SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|
| | FROM | TO | OFFI-CER [ ] | EN-LISTED [ ] | |

### 7. NATIONAL GUARD MEMBERSHIP    (Check one):   a. ARMY [ ]    b. AIR FORCE [ ]    c. NONE [ ]

| d. STATE | e. ORGANIZATION | f. DATES OF MEMBERSHIP | | g. Check one | | h. SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|---|
| | | FROM | TO | OFFI-CER [ ] | EN-LISTED [ ] | |

| 8. IS SERVICE PERSON DECEASED [ ] YES [ ] NO    If "yes," enter date of death. | 9. IS (WAS) INDIVIDUAL A MILITARY RETIREE OR FLEET RESERVIST    [ ] YES [ ] NO |
|---|---|

## SECTION II—REQUEST

| 1. EXPLAIN WHAT INFORMATION OR DOCUMENTS YOU NEED; OR, CHECK ITEM 2; OR, COMPLETE ITEM 3 | | | 2. IF YOU ONLY NEED A STATEMENT OF SERVICE    check here [ ] |
|---|---|---|---|

| 3. LOST SEPARA-TION DOCUMENT REPLACE-MENT REQUEST (Complete a or b, and c.) | a. REPORT OF SEPARATION [ ] (DD Form 214 or equivalent) | YEAR ISSUED | This contains information normally needed to determine eligibility for benefits. It may be furnished only to the veteran, the surviving next of kin, or to a representative with veteran's signed release (Item 5 of this form). |
|---|---|---|---|
| | b. DISCHARGE [ ] CERTIFICATE | YEAR ISSUED | This shows only the date and character at discharge. It is of little value in determining eligibility for benefits. It may be issued only to veterans discharged honorably or under honorable conditions; or, if deceased, to the surviving spouse. |
| | c. EXPLAIN HOW SEPARATION DOCUMENT WAS LOST | | |

| 4. EXPLAIN PURPOSE FOR WHICH INFORMATION OR DOCUMENTS ARE NEEDED | 6. REQUESTER |
|---|---|
| | a. IDENTIFICATION (check appropriate box) [ ] Same person identified in Section I    [ ] Surviving spouse    [ ] Next of kin (relationship) ____    [ ] Other (specify) |
| | b. SIGNATURE (see instruction 3 on reverse side)            DATE OF REQUEST |

| 5. RELEASE AUTHORIZATION, IF REQUIRED (Read instruction 3 on reverse side) I hereby authorize release of the requested information/documents to the person indicated at right (Item 7). | 7. Please type or print clearly —    COMPLETE RETURN ADDRESS |
|---|---|
| VETERAN SIGN HERE ▶ (If signed by other than veteran, show relationship to veteran.) | Name, number and street, city, State and ZIP code |
| | TELEPHONE NO. (Include area code) ▶ |

STANDARD FORM 180 (Rev. 7-85)
Prescribed by NARA (36 CFR 1228.162-c)

NSN 7540-00-149-6288