| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Ernest J. Getto (Bar No. 55662) |
| 2 |    Richard W. Raushenbush (Bar No. 134983) |
| |    Holly J. Tate (Bar No. 237561) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 5 | |
| 6 | Attorneys for Defendants |
| | Pneumo Abex LLC (successor to Pneumo Abex |
| | Corporation) and Whitman Corporation (now known |
| 7 | as PepsiAmericas, Inc.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, KASIE CAROLINE VERDOT-CROWELL, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY ELLIOT, IRENE HALL, JUDY BRADY FOGEL, | | CASE NO. C-06-2555 SI |
| | | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS LAURIE JAHODA AND JUDY BRADY FOGEL** |
| | | (Honorable Susan Illston) |
|           Plaintiffs, | | |
|     v. | | |
| REMCO HYDRAULICS, INC., WHITMAN CORPORATION, PNEUMO ABEX CORPORATION, M-C INDUSTRIES, | | |
|           Defendants. | | |

**TO THE HONORABLE COURT:**

        **COME NOW THE PARTIES** who, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), stipulate to the dismissal with prejudice of two Plaintiffs in this action: Laurie Jahoda and Judy Brady Fogel.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF PLAINTIFFS JAHODA AND FOGEL
Case No. C-06-2555 SI

1  WHEREAS in Case Management Order No. 2, this Court ordered that any
2  Plaintiffs not providing Defendants with complete responses to the main and supplemental
3  Questionnaires attached as Exhibits 1 and 2 to Case Management Order No. 1, and various
4  authorizations, on or before December 15, 2006 would be dismissed with prejudice.
5  WHEREAS Plaintiffs Laurie Jahoda and Judy Brady Fogel have not provided
6  any responses to either the main or supplemental Questionnaire to date, or provided any executed
7  authorization forms.
8  NOW, THEREFORE, Plaintiffs and Defendants stipulate and agree that:
9  Pursuant to *Federal Rule of Civil Procedure* 41(a), all claims asserted by
10  Plaintiffs Laurie Jahoda and Judy Brady Fogel shall be dismissed with prejudice from this action.
11  **IT IS SO STIPULATED**

DATED: December 18, 2006           LATHAM & WATKINS LLP

By _____
Holly J. Tate
Attorneys for Defendants
Pneumo Abex LLC (successor to Pneumo
Abex Corporation) and Whitman
Corporation (now known as PepsiAmericas,
Inc.)

DATED: January 9, 2007             LAW OFFICES OF WILLIAM M. SIMPICH

By _____
William M. Simpich
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: December ___, 2006

_____
Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF PLAINTIFFS JAHODA AND FOGEL
Case No. C-06-2555 SI