1

LATHAM & WATKINS LLP
2    Ernest J. Getto (Bar No. 55662)
     Richard W. Raushenbush (Bar No. 134983)
3    Holly J. Tate (Bar No. 237561)
     505 Montgomery Street, Suite 2000
4    San Francisco, California 94111
     Telephone: (415) 391-0600
5    Facsimile: (415) 395-8095

6    Attorneys for Defendants
     Pneumo Abex LLC (successor to Pneumo Abex
7    Corporation) and Whitman Corporation (now known
     as PepsiAmericas, Inc.)

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. 13   WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, 14   JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, KASIE CAROLINE 15   VERDOT-CROWELL, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG 16   CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY 17   ELLIOT, IRENE HALL, JUDY BRADY FOGEL, | CASE NO. C-06-2555 SI **STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS FOR LOSS OF CONSORTIUM ASSERTED BY PLAINTIFFS BRYAN WELLS AND DEREK WELLS** (Honorable Susan Illston) |

18                    Plaintiffs,

19           v.

20   REMCO HYDRAULICS, INC., WHITMAN
21   CORPORATION, PNEUMO ABEX
     CORPORATION, M-C INDUSTRIES,
22
                     Defendants.
23

24        **TO THE HONORABLE COURT:**

25        Plaintiffs Bryan Wells and Derek Wells ("Plaintiffs") and Defendants Whitman

26   Corporation (nka PepsiAmericas, Inc.) and Pneumo Abex LLC (fka Pnuemo Abex Corporation)

27   ("Defendants") hereby **STIPULATE** as follows:

28        **WHEREAS**, in their questionnaire responses, Plaintiffs Bryan Wells and Derek

1  Wells have each asserted a claim for loss of consortium solely based upon the effects that

2  illnesses suffered by their father, Michael Wells, have had on their filial relationships with their

3  father;

4         **WHEREAS**, California law provides that claims for loss of consortium can only

5  be based on impairment of a marital relationship, not impairment of a filial relationship, *see*

6  *Borer v. American Airlines*, 19 Cal.3d 441 (1977);

7         **NOW, THEREFORE**, Plaintiffs and Defendants stipulate and agree that:

8         Pursuant to *Federal Rule of Civil Procedure* 41(a), the loss of consortium claims

9  asserted by Plaintiffs Bryan Wells and Derek Wells shall be dismissed with prejudice from this

10  action.

11             **IT IS SO STIPULATED**

12

13  DATED: January 9, 2007          LATHAM & WATKINS LLP

14                            By
                                        Holly J. Tate

15                                          Attorneys for Defendants
                                        Pneumo Abex LLC (successor to Pneumo

16                                          Abex Corporation) and Whitman
                                        Corporation (now known as PepsiAmericas,

17                                          Inc.)

18  DATED: January 9, 2007          LAW OFFICES OF WILLIAM M. SIMPICH

19                            By

20                                              William M. Simpich
                                        Attorneys for Plaintiffs

21  DATED: January 9, 2007          LAW OFFICES OF TESFAYE TSADIK

22                            By

23                                              Tesfaye Tsadik
                                        Attorneys for Plaintiffs

24

25             **IT IS SO ORDERED.**

26  DATED: January _____ 2007

27

28      2/1/07                      Honorable Susan Illston
                                  UNITED STATES DISTRICT COURT JUDGE

LATHAM~WATKINS~
ATTORNEYS AT LAW
SAN FRANCISCO

2    STIP. FOR DISMISSAL W.PREJUDICE OF B. WELLS'
AND D. WELLS' LOSS OF CONSORTIUM CLAIMS
Case No. C-06-2555 SI