**William M. Simpich**
**Attorney at Law**
**1736 Franklin Street, 10th Floor**
**Oakland, CA 94612**
Telephone: (510) 444-0226 (w); (510) 444-1704 (fax)

**Tesfaye W. Tsadik**
**Attorney at Law**
**1736 Franklin Street, 10th Floor**
**Oakland, CA 94612**
Telephone: (510) 839-3922 (w); (510) 444-1704 (fax)

February 1, 2007

Hon. Susan Illston
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

*Re: Nickerman v. Remco, action number 3:06-cv-02555-SI*
    *Request for Modification of Order*

Dear Judge Illston,

Plaintiffs request a modification of the order from our CMC on January 26, 2007 in two respects:

1. That the order reflect the understanding of the parties that there was a stipulation that Bryan and Derek Wells were dismissing their loss of consortium claim. There was no stipulation that these Plaintiffs would dismiss their emotional distress claim.

I do not anticipate that the Defendants will disagree with this change, as we had discussed this "new issue" (it was raised for the first time the previous day) in the hall right before the hearing and we had told them that we would be researching this question.

2. That the order excise the statement that Plaintiffs will provide supplemental answers to the interrogatories on January 31, 2007. That was simply not the agreement - I had told counsel that I would supply proposed modifications to Defendants' interrogatories by that date.

Again, I do not anticipate that Defendants will disagree with this change.

Thank you for your consideration.

Sincerely,

William M. Simpich


IT IS SO ORDERED
Judge Susan Illston