| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Ernest J. Getto (Bar No. 55662)<br>Richard W. Raushenbush (Bar No. 134983) |
| 3 | Holly J. Tate (Bar No. 237561)<br>505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-2562<br>Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095 |
| 6 | LATHAM & WATKINS LLP<br>Collie James (Bar No. 192318) |
| 7 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 8 | Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 |
| 9 | Attorneys for Defendants |
| 10 | Pneumo Abex LLC (successor to Pneumo Abex Corporation) and Whitman Corporation (now known |
| 11 | as PepsiAmericas, Inc.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, KASIE CAROLINE VERDOT-CROWELL, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY ELLIOT, IRENE HALL, JUDY BRADY FOGEL,<br><br>Plaintiffs,<br><br>v.<br><br>REMCO HYDRAULICS, INC., WHITMAN CORPORATION, PNEUMO ABEX CORPORATION, M-C INDUSTRIES,<br><br>Defendants. | CASE NO. C-06-2555 SI<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>(Honorable Susan Illston) |

LATHAM*WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & ORDER CONTINUING CMC
CASE NO. C-06-2555 SI

04/19/2007 14:23 5104441704 FRANKLIN ST ASSOC PAGE 04/08

## STIPULATION

WHEREAS, the parties in this action are currently scheduled to appear before the Court on April 27, 2007 for a further Case Management Conference to discuss the *Cottle* Plaintiffs' *prima facie* showing and Defendants' response thereto;

WHEREAS, the deadline for Defendants' response to the *Cottle* Plaintiffs' *prima facie* showing has been extended to June 22, 2007;

WHEREAS, the parties respectfully request that the Court continue the Case Management Conference from April 27, 2007 until July 13, 2007 at 2:30 pm.

THEREFORE, subject to Court approval, the parties STIPULATE that the Case Management Conference is scheduled for July 13, 2007 at 2:30 pm.

Dated: April 18, 2007                LATHAM & WATKINS

By _____
Holly J. Tate
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: April 19, 2007                WILLIAM SIMPICH, Esq.

By _____
William Simpich
Attorneys for Plaintiffs

Dated April 19, 2007                TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: April ___, 2007

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

STIP. & ORDER CONTINUING CMC
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

1 | Dated: April ___, 2007
2 |
3 |                                 HON. SUSAN ILLSTON
               JUDGE, UNITED STATES DISTRICT COURT

04/19/2007 14:23 5104441704 FRANKLIN ST ASSOC PAGE 06/08