William M. Simpich, Esq., SB#106672
Law Offices of William M. Simpich
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

Tesfaye W. Tsadik, Esq., SB#108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C-06-2555 SI

| | |
|---|---|
| CHARLES NICKERMAN, et al. ) | Case No.: C-99-3941 SI |
| ) | |
| Plaintiffs, ) | **PLAINTIFFS' REQUEST FOR** |
| ) | **PERMISSION TO FILE A SLIGHTLY** |
| v. ) | **OVERSIZED BRIEF** |
| ) | |
| REMCO HYDRAULICS, INC., ) | Date: 11/16/07 |
| et al. ) | Time: 9 am |
| ) | Dept: Hon. Susan Illston |
| Defendants ) | |
| ) | |
| _____ ) | |

For good cause, Plaintiffs request permission to file a slightly oversized brief.  Although

-1-

it is labeled as "32 pages", it should be noted that for the ease of the court, four pages of the brief are a verbatim recitation of a concurring/dissenting opinion by the Hon. Joyce Kennard of the California Supreme Court. This seemed better than a simple citation, given its length. An additional two pages are the caption and the table of contents. 26 pages could be further condensed, but Plaintiffs wanted to preserve as much white space as possible for ease in reading. Plaintiffs have a cross-motion as well as an opposition to summary judgment within those pages, so it is actually a pretty tight package.

Dated: October 26, 2007

_____/s/_____
TESFAYE W. TSADIK
WILLIAM M. SIMPICH
Attorneys for Plaintiffs



-2-