William M. Simpich, Esq., SB#106672
Law Offices of William M. Simpich
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

Tesfaye W. Tsadik, Esq., SB#108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

06-2555

| | | |
|---|---|---|
| CHARLES NICKERMAN, et al. ) | | Case No.: C-~~99-3941 SI~~ |
| ) | | |
| Plaintiffs, ) | | **(PROPOSED) ORDER** |
| ) | | |
| v. ) | | |
| ) | | |
| REMCO HYDRAULICS, INC., ) | | |
| et al. ) | | |
| ) | | |
| Defendants ) | | |
| ) | | |
| _____ ) | | |

     Plaintiffs Donna Avila, et al., submitted a Ex Parte Request to Permit Extension of Time for Response to Defendants' Brief and to Permit Defendants Additional Time to Respond to November 6; Or, in the Alternative, for Re-Setting the Hearing Date presently set for November 16, 2007. This motion is brought pursuant to Local Rule 6-3, by their counsels William M.

-1-

1  Simpich and Tesfaye W. Tsadik.

2      Defendants Whitman Corporation, et al., submitted an Ex Parte Request to Strike

3  Plaintiffs' Late-Filed Opposition, et al.. This motion was brought by defense counsel Latham &

4  Watkins.

5      IT IS HEREBY ORDERED that Defendants' motion is denied, and Plaintiffs' motion is

6  granted. Defendants may file their response on Tuesday, November 6. (The date of hearing is

7  re-set for _____).

8      Dated: November ___, 2007

                                              HON. SUSAN ILLSTON

-2-