LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
   ernest.getto@lw.com
   Richard W. Raushenbush (Bar No. 134983)
   richard.raushenbush@lw.com
   Brendan A. McShane (Bar No. 227501)
   brendan.mcshane@lw.com
   Holly J. Tate (Bar No. 237561)
   holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendants
PNEUMO ABEX LLC (successor to Pneumo Abex
Corporation) and WHITMAN CORPORATION
(nka PepsiAmericas, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY ELLIOT, IRENE HALL, JUDY BRADY FOGEL,<br><br>Plaintiffs,<br><br>v.<br><br>REMCO HYDRAULICS, INC., WHITMAN CORPORATION, PNEUMO ABEX CORPORATION, M-C INDUSTRIES,<br><br>Defendants. | CASE NO. C-06-2555 SI<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING TWELFTH CAUSE OF ACTION AND STRIKING ALLEGATIONS REGARDING MEDICAL MONITORING RESERVE UNDER *PEOPLE V. REMCO* CONSENT DECREE**<br><br>(Honorable Susan Illston) |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. C-06-2555 SI
STIPULATION AND PROPOSED ORDER REGARDING
MEDICAL MONITORING RESERVE

# STIPULATION

WHEREAS, an Amended Final Consent Decree was entered in the related case, *People of the State of California and the City of Willits v. Remco Hydraulics, et al.*, Case No. C96-0283 (the "*Remco* action"), which contained certain references to a Medical Monitoring Reserve and a Natural Resource Reserve;

WHEREAS, Plaintiffs' First Amended Complaint for Damages, Injunctive and Declaratory Relief in this action (the "*Nickerman* Complaint"), in page 14, lines 18-19, Paragraphs 53, 55 through 66 contain numerous allegations relating to the Amended Consent Decree provisions regarding the Medical Monitoring Reserve and a Natural Resource Reserve;

WHEREAS, the *Nickerman* Complaint, in the Twelfth Cause of Action, contends that Defendants were negligent in failing to fund the Medical Monitoring Reserve under the Consent Decree

WHEREAS, the *Nickerman* Complaint, in its Prayer for Relief at Paragraph 10, seeks injunctive relief requiring funding of the Medical Monitoring Reserve;

WHEREAS, on December 19, 2006, the Court in the *Remco* action entered an Order Granting Plaintiffs' Motion for Order Modifying Amended Final Consent Decree ("December 19 Order") consistent with an agreement among the parties thereto;

WHEREAS, under the December 19 Order, the Court in the *Remco* action terminated any obligations of the Willits Environmental Remediation Trust, Whitman Corporation (n/k/a PepsiAmericas, Inc.) or Pneumo Abex Corporation (n/k/a Pneumo Abex LLC) "to establish and/or fund either the Medical Monitoring Reserve or the Natural Resource Reserve referenced in the Amended Final Consent Decree Sections VI.C.1, VI.C.3, and VII.C";

THEREFORE, subject to Court approval, the parties STIPULATE that:

1. Lines 18-19 on page 14, Paragraph 53, and Paragraphs 55 through 66 of the *Nickerman* Complaint are stricken;
2. The Twelfth Cause of Action in the *Nickerman* Complaint is dismissed.
3. Paragraph 10 of the Prayer for Relief is the *Nickerman* Complaint is stricken and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

i

Case No. C-06-2555 SI
STIPULATION AND PROPOSED ORDER REGARDING
MEDICAL MONITORING RESERVE

Plaintiffs shall not seek relief that requires funding of the Medical Monitoring Reserve or Natural Resource Reserve as provided in the Consent Decree.

4. Nothing herein shall affect the right of any Plaintiff to seek from this Court in this action medical monitoring from Defendants for such Plaintiff and does not constitute a waiver of any other rights such Plaintiff may have.

Dated: November 16, 2007    LATHAM & WATKINS LLP

By _____
Richard W. Raushenbush
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: November 16, 2007    WILLIAM SIMPICH, ESQ.

By _____
William Simpich
Attorneys for Plaintiffs

Dated November 16, 2007    TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: November 20, 2007

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

SF\633020.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ii

Case No. C-06-2555 SI
STIPULATION AND PROPOSED ORDER REGARDING
MEDICAL MONITORING RESERVE S