1  LATHAM & WATKINS LLP
       Ernest J. Getto (Bar No. 55662)
2      Richard W. Raushenbush (Bar No. 134983)
       Holly J. Tate (Bar No. 237561)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5
   LATHAM & WATKINS LLP
6     Collie James (Bar No. 192318)
   650 Town Center Drive, 20th Floor
7  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
8  Facsimile: (714) 755-8290

9  Attorneys for Defendants
   Pneumo Abex LLC (successor to Pneumo Abex
10 Corporation) and Whitman Corporation (now known
   as PepsiAmericas, Inc.)
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 | CHARLES NICKERMAN, MICHAEL          | CASE NO. C-06-2555 SI
   | WELLS, ESTER WELLS, DEREK M.         |
15 | WELLS, BRYAN D. WELLS, CAROLYNE      | STIPULATION AND ORDER REGARDING
   | D. CROWELL, PAULINA VERDOT,          | MEDIATION AND TO CONTINUE CASE
16 | JASON VERDOT-CROWELL, PAULA          | MANAGEMENT CONFERENCE AND
   | MAGANA-VERDOT, KASIE CAROLINE        | HEARING ON MOTION FOR SUMMARY
17 | VERDOT-CROWELL, LORRAINE F.          | JUDGMENT ON CHARLES NICKERMAN'S
   | MONTANO, JOAN PALLANGO, CRAIG        | CLAIMS
18 | CARBREY, LAURIE JAHODA, MARK         |
   | HAGGARD, ELJENIA HAGGARD, ROY        | (Honorable Susan Illston)
19 | ELLIOT, IRENE HALL, JUDY BRADY       |
   | FOGEL,                               |
20 |                                      |
   |                    Plaintiffs,       |
21 |                                      |
   |     v.                               |
22 |                                      |
   | REMCO HYDRAULICS, INC., WHITMAN      |
23 | CORPORATION, PNEUMO ABEX             |
   | CORPORATION, M-C INDUSTRIES,         |
24 |                                      |
   |                    Defendants.       |
25 

26

27

28

## STIPULATION

1

2    WHEREAS, on or about November 21, 2007, Defendants filed a Motion for

3  Summary Judgment on all of Plaintiff Charles Nickerman's claims, which originally was set for

4  hearing on January 4, 2008, and at Plaintiff's request was rescheduled for hearing on March 14,

5  2008, at 9:00 a.m.

6    WHEREAS, the parties in this action are also currently scheduled to appear

7  before the Court on March 14, 2008, at 2:30 p.m. for a further Case Management Conference to

8  discuss the next steps in this action;

9    WHEREAS, in its Case Management Order dated November 16, 2007, the Court

10  ordered the parties to participate in mediation during the first two weeks of February 2008;

11    WHEREAS, after diligent effort and negotiation, the parties have mutually agreed

12  upon a mediator;

13    WHEREAS, the mediator has informed the parties that the earliest possible date

14  for her to conduct the mediation is in two sessions, February 25-29, 2008, and March 10-14,

15  2008, which dates are acceptable to the parties;

16    WHEREAS, in order to promote the greatest opportunity for a successful

17  mediation, the parties respectfully request that the Court permit the mediation to proceed on

18  February 25-29, 2008, and March 10-14, 2008, despite the Court's prior Order and to continue

19  the Case Management Conference and the hearing on Defendants' Motion for Summary

20  Judgment on Charles Nickerman's claims one week to March 21, 2008;

21    THEREFORE, subject to Court approval, the parties STIPULATE as follows:

22    (1)  that the mediation shall take place on February 25-29, 2008, and March 10-

23  14, 2008;

24    (2)  that the Case Management Conference shall be rescheduled for March 21,

25  2008, at 2:30 pm.; and

26    (3)  that Defendants' Motion for Summary Judgment on all of Plaintiff Charles

27  Nickerman's Claims shall be heard by the Court at 9:00 a.m. on March 21, 2008.
    Plaintiffs do not waive their right to challenge

28  the propriety of the summary judgment motion in Nickerman.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & ORDER RE: MEDIATION AND CONTINUING CMC AND MSJ
CASE NO. C-06-2555 SI

1    Dated: January 18, 2008           LATHAM & WATKINS

2

3                                    By _____

                                     Collie F. James

4                                      Attorneys for Defendants

                                     Pneumo Abex LLC (successor to Pneumo

5                                      Abex Corporation) and Whitman

                                     Corporation (now known as PepsiAmericas,

6                                      Inc.)

7    Dated: January 21, 2008           WILLIAM SIMPICH, Esq.

8                                      By _____

                                     William Simpich

9                                      Attorneys for Plaintiffs

10   Dated January 22, 2008          TESFAYE W. TSADIK, ESQ.

11

12                                      By _____

                                     Tesfaye W. Tsadik

13                                      Attorneys for Plaintiffs

14

                   **IT IS SO ORDERED.**

15    Dated: January ___, 2008

16

17                                  _____

                                 HON. SUSAN ILLSTON

18                    JUDGE, UNITED STATES DISTRICT COURT

    OC\932904.1

19

20

21

22

23

24

25

26

27

28