LATHAM & WATKINS LLP
  Ernest J. Getto (Bar No. 55662)
  ernest.getto@lw.com
  Richard W. Raushenbush (Bar No. 134983)
  richard.raushenbush@lw.com
  Brendan A. McShane (Bar No. 227501)
  brendan.mcshane@lw.com
  Holly J. Tate (Bar No. 237561)
  holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
  Collie F. James (Bar No. 192318)
  collie.james@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8200

Attorneys for Defendants Pneumo Abex LLC
(successor to Pneumo Abex Corporation) and
Whitman Corporation (now known as
PepsiAmericas, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, KASIE CAROLINE VERDOT-CROWELL, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY ELLIOT, IRENE HALL, JUDY BRADY FOGEL, <br><br> Plaintiffs, <br><br> v. <br><br> REMCO HYDRAULICS, INC., WHITMAN CORPORATION, PNEUMO ABEX CORPORATION, M-C INDUSTRIES, <br><br> Defendants. | CASE NO. C-06-2555 SI <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON** <br><br> (Honorable Susan Illston) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OC\941559.1

STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN
PLAINTIFFS AND ORDER THEREON
Case No. C-06-2555 SI

**TO THE HONORABLE COURT:**

1

2     **COMES NOW THE PARTIES** who, pursuant to *Federal Rule of Civil*

3 *Procedure* 41(a)(1), stipulate to the dismissal with prejudice of certain Plaintiffs in this action.

4     **WHEREAS,** plaintiffs Craig Carbrey, Carolyn Crowell, Eljenia (Beulah)

5 Haggard, Mark Haggard, Charles Nickerman, Paula Magana, Lorraine Montano, Jerry Jason

6 Verdot, and Paulina Verdot have settled all of the claims asserted by them in this action.

7     **WHEREAS,** the agreed upon settlement includes a dismissal with prejudice.

8     **NOW, THEREFORE,** pursuant to the settlement and release reached between

9 each of Craig Carbrey, Carolyn Crowell, Eljenia (Beulah) Haggard, Mark Haggard, Charles

10 Nickerman, Paula Magana, Lorraine Montano, Jerry Jason Verdot, and Paulina Verdot and the

11 Defendants, the parties stipulate and agree that:

12     Pursuant to *Federal Rule of Civil Procedure* 41(a), all claims asserted by Craig

13 Carbrey, Carolyn Crowell, Eljenia (Beulah) Haggard, Mark Haggard, Charles Nickerman, Paula

14 Magana, Lorraine Montano, Jerry Jason Verdot, and Paulina Verdot shall be dismissed with

15 prejudice from this action.

16

17     **IT IS SO STIPULATED**

18

19 Dated: March 14, 2008              LATHAM & WATKINS LLP

20

21                             By_____

22                             Collie F. James
                            Attorneys for Defendants

23                             Pneumo Abex Corporation and Whitman
                            Corporation

24

25 Dated: March 14, 2008              WILLIAM M. SIMPICH, ESQ.

26

27                             By_____
                            William M. Simpich

28                             Attorneys for Plaintiffs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
  OC\941559.1

1       STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN
                         PLAINTIFFS AND ORDER THEREON
                               Case No. C-06-2555 SI

1    Dated: March 14, 2008                    TESFAYE W. TSADIK, ESQ.

2

3                                             By _Tesfaye W. Tsadik_____

4                                                Tesfaye W. Tsadik
                                                 Attorneys for Plaintiffs
5

6

7                              **ORDER**

8            Having received and considered the above stated Stipulation and stated reasons

9    therefore, and finding Good Cause therefore, the Court hereby adopts the Stipulation as an Order

10   of the Court as follows:

11           Having resolved their claims by way of settlement, plaintiffs Craig Carbrey,

12   Carolyn Crowell, Eljenia (Beulah) Haggard, Mark Haggard, Charles Nickerman, Paula Magana,

13   Lorraine Montano, Jerry Jason Verdot, and Paulina Verdot and all of the claims asserted herein

14   by each of them, are dismissed with prejudice from the action entitled *Nickerman, et al. v. Remco*

15   *Hydraulics, Inc., et al.*, Case No. C-06-2555 SI.

16

17   **IT IS SO ORDERED**

18   Dated:_____

19                                             _Susan Illston_____

20                                             SUSAN ILLSTON
                                               United States District Judge
21

22

23

24

25

26

27

28