| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Ernest J. Getto (Bar No. 55662)<br>   ernest.getto@lw.com |
| 3 |    Richard W. Raushenbush (Bar No. 134983)<br>   richard.raushenbush@lw.com |
| 4 |    Brendan A. McShane (Bar No. 227501)<br>   brendan.mcshane@lw.com |
| 5 |    Holly J. Tate (Bar No. 237561)<br>   holly.tate@lw.com |
| 6 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562 |
| 7 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 8 | LATHAM & WATKINS LLP |
| 9 |    Collie F. James (Bar No. 192318)<br>   collie.james@lw.com |
| 10 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 11 | Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 |
| 12 | Attorneys for Defendants Pneumo Abex LLC |
| 13 | (successor to Pneumo Abex Corporation) and<br>Whitman Corporation (now known as<br>PepsiAmericas, Inc.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, KASIE CAROLINE VERDOT-CROWELL, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY ELLIOT, IRENE HALL, JUDY BRADY FOGEL,<br><br>            Plaintiffs,<br><br>   v.<br><br>REMCO HYDRAULICS, INC., WHITMAN CORPORATION, PNEUMO ABEX CORPORATION, M-C INDUSTRIES,<br><br>            Defendants. | CASE NO. C-06-2555 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF JOAN PALANGO AND ORDER THEREON**<br><br>(Honorable Susan Illston) |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

SF\649435.1

STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN
PLAINTIFFS AND ORDER THEREON
Case No. C-06-2555 SI

**TO THE HONORABLE COURT:**

**COMES NOW THE PARTIES** who, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), stipulate to the dismissal with prejudice of certain Plaintiffs in this action.

**WHEREAS,** plaintiff Joan Palango has settled all of the claims asserted by her in this action.

**WHEREAS,** the agreed upon settlement includes a dismissal with prejudice.

**NOW, THEREFORE,** pursuant to the settlement and release reached between Joan Palango and the Defendants, the parties stipulate and agree that:

Pursuant to *Federal Rule of Civil Procedure* 41(a), all claims asserted by Joan Palango shall be dismissed with prejudice from this action.

**IT IS SO STIPULATED**

Dated: March 31, 2008                    LATHAM & WATKINS LLP

                                         By_____/s/_____
                                         Collie F. James
                                         Attorneys for Defendants
                                         Pneumo Abex Corporation and Whitman Corporation

Dated: March 31, 2008                    WILLIAM M. SIMPICH, ESQ.

                                         By_____/s/_____
                                         William M. Simpich
                                         Attorneys for Plaintiffs

Dated: March 31, 2008                    TESFAYE W. TSADIK, ESQ.

                                         By_____/s/_____
                                         Tesfaye W. Tsadik
                                         Attorneys for Plaintiffs

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
SF\649435.1

1  STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-06-2555 SI

**ORDER**

Having received and considered the above stated Stipulation and stated reasons therefore, and finding Good Cause therefore, the Court hereby adopts the Stipulation as an Order of the Court as follows:

Having resolved her claims by way of settlement, plaintiff Joan Palango and all of the claims asserted herein by her, are dismissed with prejudice from the action entitled *Nickerman, et al. v. Remco Hydraulics, Inc., et al.*, Case No. C-06-2555 SI.

**IT IS SO ORDERED**

Dated:_____

*[signature: Susan Illston]*

SUSAN ILLSTON
United States District Judge

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SF\649435.1

1 STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-06-2555 SI