| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Ernest J. Getto (Bar No. 55662)<br>   ernest.getto@lw.com |
| 3 |    Richard W. Raushenbush (Bar No. 134983)<br>   richard.raushenbush@.lw.com |
| 4 |    Brendan A. McShane (Bar No. 227501)<br>   brendan.mcshane@lw.com |
| 5 |    Holly J. Tate (Bar No. 237561)<br>   holly.tate@lw.com |
| 6 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562 |
| 7 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 8 | LATHAM & WATKINS LLP |
| 9 |    Collie F. James (Bar No. 192318)<br>   collie.james@lw.com |
| 10 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 11 | Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 |
| 12 | Attorneys for Defendants Pneumo Abex LLC |
| 13 | (successor to Pneumo Abex Corporation) and<br>Whitman Corporation (now known as |
| 14 | PepsiAmericas, Inc.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | CHARLES NICKERMAN, MICHAEL WELLS, ESTER WELLS, DEREK M. WELLS, BRYAN D. WELLS, CAROLYNE D. CROWELL, PAULINA VERDOT, JASON VERDOT-CROWELL, PAULA MAGANA-VERDOT, KASIE CAROLINE VERDOT-CROWELL, LORRAINE F. MONTANO, JOAN PALLANGO, CRAIG CARBREY, LAURIE JAHODA, MARK HAGGARD, ELJENIA HAGGARD, ROY ELLIOT, IRENE HALL, JUDY BRADY FOGEL,<br><br>              Plaintiffs,<br><br>     v.<br><br>REMCO HYDRAULICS, INC., WHITMAN CORPORATION, PNEUMO ABEX CORPORATION, M-C INDUSTRIES,<br><br>              Defendants. | CASE NO. C-06-2555 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES**<br><br>**(Honorable Susan Illston)** |

## STIPULATION

WHEREAS, there are only four plaintiffs remaining in this action, *Nickerman v. Remco Hydraulics, Inc., et al.*, Case No. C-06-2555 SI ("*Nickerman*");

WHEREAS, there are only eleven plaintiffs remaining in the closely-related action, *Avila v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 SI ("*Avila*");

WHEREAS, because of the small number of plaintiffs remaining and the significant similarities among the facts and legal issues in the *Avila* and *Nickerman* cases, the goals of efficiency and the conservation of judicial resources would be served if these two cases were consolidated.

THEREFORE, subject to Court approval, the parties STIPULATE that the *Nickerman* case be consolidated with the *Avila* case under the *Avila* caption.

Dated: May 27, 2008

LATHAM & WATKINS

By_____
Holly J. Tate
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: May ___, 2008

WILLIAM SIMPICH, Esq.

By_____
William Simpich
Attorneys for Plaintiffs

Dated: May ___, 2008

TESFAYE W. TSADIK, ESQ.

By_____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

SF\657053.1